David Lavi, Esq. (State Bar No. 277604)
dlavi@ebralavi.com
Arie Ebrahimian, Esq. (State Bar No. 274961)
arie@ebralavi.com
**E&L, LLP**
8889 W. Olympic Blvd., 2nd Floor
Beverly Hills, California 90211
Telephone:   (213) 213-0000
Facsimile:   (213) 213-0025

Attorneys for Plaintiff CARLOS FLORES

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FLORES, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>PAGE'S PRODUCE COMPANY, INC. dba CROWER'S MARKETING dba LA MEXICANA FOOD PRODUCTS, a California Limited Liability Corporation; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.:  2:22-cv-00917-SSS-JPRx<br><br>**ORDER OF DISMISSAL** |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
2  41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS,
3  DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with
4  each party bearing that party's own attorney's fees and costs. The Clerk is directed to
5  close the file.

6
   Dated: June 28, 2023
7

8

9  _____
   SUNSHINE S. SYKES
10 UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL
2